UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>$159,300.00 IN UNITED STATES<br>CURRENCY AND ONE 2005 JEEP<br>GRAND CHEROKEE BEARING<br>VEHICLE IDENTIFICATION<br>NUMBER 1J4GR48K25C706422 AND<br>MASSACHUSETTS REGISTRATION<br>982DW6,<br>        Defendants. | Civil Action No. 10-12030-MLW |

**WOLF, C.D.J.**

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court, having allowed plaintiff's Request for Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant properties, described as:

    1. $159,300.00 in United States currency seized on June 30, 2010 at 43 B Fitch Terrace, Randolph, Massachusetts; and

    b. one brown 2005 Jeep Grand Cherokee, bearing Vehicle Identification Number 1J4GR48K25C706422, seized on June 30, 2010,

(collectively, the "Defendant Properties"), are hereby forfeited to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(4);

3. That any claims of interest of John A. Baccari, William V. Nunez, Eduard Ruiz, and Alleysa Matos, and any other parties claiming any right, title, or interest in or to the

Defendant Properties, are hereby held in default and dismissed, having been defaulted on March 5, 2012;

4.   That the United States Customs and Border Protection shall retain the Defendant Properties in its secure custody and control, and shall dispose of them in accordance with United States Department of Justice and United States Department of Homeland Security policies regarding the disposition of forfeited property; and

5.   That this Court shall retain jurisdiction in this case and this Order shall be, and hereby is, the full and final disposition of the above-described Defendant Properties in this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
MARK L. WOLF
Chief United States District Judge

Date:   November 14, 2012